UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK ANTHONY DESPAIN,

    Plaintiff,

v.                                              Case No. 13-cv-14378

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
                                               /

**JUDGMENT**

        In accordance with the court's "Opinion and Order Overruling Plaintiff's Objections, Adopting the Magistrate Judge's Report and Recommendation, Denying Plaintiff's Motion for Summary Judgment, and Granting Defendant's Motion for Summary Judgment" dated November 26, 2014,

        IT IS ORDERED AND ADJUDGED that judgment is entered against Plaintiff Mark Anthony Despain and in favor of Defendant Commissioner of Social Security.

Dated at Detroit, Michigan, this 26th day of November 2014.

                                              DAVID J. WEAVER
                                              CLERK OF THE COURT

                                             s/ Lisa Wagner
                                      By: Lisa Wagner, Case Manager
                                         to Judge Robert H. Cleland